| 03/31/2026 | 273 | **ENDORSED ORDER dismissing the case with prejudice and without costs, pursuant to Local Rule 3.09(b) of the Middle District of Florida. The Court, having been advised by the 270 Joint Notice of Settlement that the case has been settled in its entirety, dismisses the case subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate any pending motions and close this case. Signed by Judge Anne-Leigh Gaylord Moe on 3/31/2026. (TAH)** (Entered: 03/31/2026) |