**U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT (CIP)
11th Cir. R. 26.1-1**
*(Please type or print legibly)*

Defense Distributed, et al    *vs.* John Elik, et al    Appeal No. 26-11420-D

**For appeals**, all appellants and petitioners must file a CIP within 14 days after the date the appeal is docketed in this court, or at the same time the party submits its first filing, <u>whichever is earlier</u>.

All appellees, intervenors, respondents, and all other parties to the appeal must file a CIP within 28 days after the date the appeal is docketed in this court, or at the same time the party submits its first filing, <u>whichever is earlier</u>, regardless of whether appellants and petitioners have filed a CIP. If appellants and petitioners have already filed a CIP, a notice may be filed either indicating that the CIP is correct and complete, or adding any interested persons omitted from the CIP.

**For petitions that initiate a proceeding**, the petitioner must file a CIP at the same time it files the petition, and the respondent must file a CIP at the same time it files an answer or submits its first filing, whichever is earlier.

**Amicus curiae** must include a CIP in every motion and brief filed.

In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

Berger, Wendy: District Judge

De Pury, Gary Charles: Attorney for Appellants Below

Flores, Chad: Attorney for Appellees Below

Gaylord-Moe, Anne-Leigh: District Judge

Gingras, David: Attorney for Appellees Below

Gyebi, Amaris: Attorney for Appellees Below

Hoffman-Price, Leslie: Magistrate Judge

Larosiere, Matthew: Attorney for Appellants

Leitner, Leia: Attorney for Appellees Below

Reynal, Federico: Attorney for Appellees Below

Wilson, Cody Rutledge: Owner of Appellee Entity

SEE CONTINUATION SHEET

Name: Matthew Larosiere    Signature: /s/ Matthew Larosiere

Address: 6964 Houlton Cir. Lake Worth, FL  33467

Contact Information: E: Larosieremm@gmail.com Tel: (561) 452-7575

Rev.: 12/25

CONTINUATION SHEET

Zermay, Zachary: Attorney for Plaintiff Below

Defcad Inc.: Subsidiary of Defense Distributed

DD Foundation LLC: Subsidiary of Defense Distributed

Wilson Elser Moskowitz Edelman & Dicker: Appellees' Law Firm