Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*

11th Circuit Docket Number: 26-11420

| Caption: | | |
|---|---|---|
| **Defense Distributed, et. al.** | District and Division: Middle District of Florida, Orlando Division | |
| | Name of Judge: Anne-Leigh Gaylord Moe | |
| **v.** | Nature of Suit: Civil RICO | |
| | Date Complaint Filed: Nov. 19, 2024 | |
| **John Elik, et. al.** | District Court Docket Number: 29 | |
| | Date Notice of Appeal Filed: April 23, 2026 | |
| | ☐ Cross Appeal    ☐ Class Action | |
| | Has this matter previously been before this court? | |
| | ☐ Yes   ☑ No | |
| | If Yes, provide | |
| | (a)    Caption: _____ | |
| | (b)    Citation: _____ | |
| | (c)    Docket Number: _____ | |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | Matthew Larosiere, for counterdefendants. | 6964 Houlton Cir<br>Lake Worth, FL 33467 | (561) 452-7575<br>Larosieremm@gmail.com |
| For Appellee:<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | Leia Leitner, for counterplaintiffs. | 111 N. Orange Ave<br>Ste 1200<br>Orlando, FL 32801 | (407) 203-7599<br>Leia.Leitner@wilsonelser.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☑ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$ N/A |
| ☑ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant:<br>$ N/A |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded:<br>$ N/A |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | | ☐ Injunction | ☐ Preliminary   ☐ Granted |
| | | ☐ Other _____ | ☐ Permanent   ☐ Denied |

Page 2                                                                         11th Circuit Docket Number:  26-11420

Based on your present knowledge:

(1)   Does this appeal involve a question of First Impression?   ☐ Yes   ☑ No
      What is the issue you claim is one of First Impression? _____

(2)   Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☑ Yes   ☐ No

      If Yes, provide
      (a)   Case Name/Statute  28 U.S.C. § 1927 _____
      (b)   Citation _____
      (c)   Docket Number if unreported _____

(3)   Is there any case now pending or about to be brought before this court or any other court or administrative agency that
      (a)   Arises from substantially the same case or controversy as this appeal?   ☑ Yes   ☐ No
      (b)   Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☑ Yes   ☐ No

      If Yes, provide
      (a)   Case Name  Defense Distributed v. Elik _____
      (b)   Citation  Unreported _____
      (c)   Docket Number if unreported  9:25-cv-81197 _____
      (d)   Court or Agency  District Court, Southern District of Florida _____

(4)   Will this appeal involve a conflict of law
      (a)   Within the Eleventh Circuit?   ☐ Yes   ☑ No
      (b)   Among circuits?   ☐ Yes   ☑ No

      If Yes, explain briefly:

(5)   Issues proposed to be raised on appeal, including jurisdictional challenges:

      Whether the district court erred in holding that a motion brought pursuant to
      28 U.S.C. § 1927 may not be brought unless the actions underlying the
      motion have already been disposed by the court, and in denying such a
      motion without holding an evidentiary hearing.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  14th  DAY OF  May , 2026 .

Matthew Larosiere _____        /s/ Matthew Larosiere _____
NAME OF COUNSEL (Print)                                SIGNATURE OF COUNSEL