# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

_____

Defense Distributed, et al.,

      Plaintiffs-Appellees,

v.

John Elik, Alexander Holladay,
Josh Stroke, John Lettman, and
MAF Corp.,

      Defendants-Appellants.

No. 26-11420-DD

_____/

## APPEAL OF A CIVIL CASE FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, DISTRICT COURT CASE NO. 6:24-CV-01629-AGM-LHP

_____

## AFFIDAVIT OF LEIA V. LEITNER, ESQ.
_____

I, Leia V. Leitner, Esq., being duly sworn, depose and state as follows:

1. I am an attorney and am competent to testify to the matters set forth herein. I have personal knowledge of the facts stated in this Affidavit, and if called as a witness, I could and would testify competently thereto.

2. █████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████ I am familiar with this document and can attest that it is a true and accurate copy of the agreement executed by the parties. It is attached to this declaration as Exhibit 1.

3. ███████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████ I am also familiar with this document and can attest that it is a true and accurate copy of the agreement executed by the parties. It is attached to this declaration as Exhibit 2.

4. ████████████████████████████████ have been substantially fulfilled by Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed, and Dioskouroi, LLC, ████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████

5. Despite Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed, and Dioskouroi, LLC's substantial performance, Matthew Larosiere breached ██████████████████████

6. ███████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
█████████████████████

7. ███████████████████████████████████████
█████████████████     ██████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████

8. Former Counter-Defendants John Elik, Alexander Holladay, and John Lettman, acting by and through, under, derivatively of, or otherwise on behalf of Matthew Larosiere ██████████████████ filed this appeal concerning

the Court's Order dismissing the case without prejudice (Doc. 273), and the Court's Order on Motion for Sanctions (Doc. 184).

9. The appeal concerns claims, defenses, allegations, transactions, occurrences, communications, and events alleged in, underlying, or reasonably related to ███████████████████████████████████████ ██████████████████████████████

10. Accordingly, the appeal asserts, pursues, or seeks review of ██ ████████████ within the meaning of █████████ and falls within the scope of ████████████████████████████████████████ under █████████

11. Notice of the breach was given ████████████████████████ ████████████████████████████████████████████████ ████████████████████████ It is attached to this declaration as Exhibit 3.

12. The foregoing statements are true and correct to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NAUGHT.


*Leia Leitner*
Leia V. Leitner, Esq.

Exhibit 1

Exhibit 2

Exhibit 3



May 12, 2026

**Leia V Leitner**
407.423.7287 (direct)
407.973.2111 (mobile)
Leia.Leitner@wilsonelser.com

**VIA EMAIL & CERTIFIED U.S. MAIL**
Zachary Z. Zermay
Zermay Law, P.A.
3000 Coral Way Ste 1115
Coral Gables, FL 33145
zach@zermaylaw.com