# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

**Defense Distributed, et al.,**

**Plaintiffs-Appellees,**

**v.**

                              **No. 26-11420-DD**

**John Elik, Alexander Holladay,
Josh Stroke, John Lettman, and
MAF Corp.,**

**Defendants-Appellants.**

_____

## APPEAL OF A CIVIL CASE FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA DISTRICT COURT CASE NO. 6:24-CV-01629-AGM-LHP

## APPELLANTS' MOTION TO FILE UNDER SEAL UNREDACTED RESPONSE IN OPPOSITION TO APPELLEES' MOTION FOR SUMMARY AFFIRMANCE

Zachary Z. Zermay
3000 Coral Way, Ste 1115
Miami, FL 33145
Email: Zach@ZermayLaw.com
Telephone: (305) 767-3529

Matthew Larosiere, Esq.
6964 Houlton Circle
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: 561-452-7575

_Counsel for Appellants_

## MOTION FOR LEAVE TO FILE UNDER SEAL

Appellants move under Eleventh Circuit Rule 25-3(h) for leave to file under seal the unredacted version of their Response in Opposition to Appellees' Motion for Summary Affirmance. Appellants are contemporaneously filing a public redacted version of the response. The requested sealing is narrow and limited to portions of the response that discuss provisions and terms of the settlement agreement and related sealed materials Appellees placed at issue in their motion for summary affirmance.

Appellees moved for summary affirmance based on a settlement agreement and related materials that Appellees filed under seal. Appellees' public motion redacts portions of the agreement and the provisions Appellees contend control this appeal.

Appellants' response necessarily addresses Appellees' release theory. To do so, the unredacted response discusses provisions of the settlement agreement, including the agreement's operative definitions. Appellants do not concede that those provisions are properly sealable. But because Appellees filed and relied on those materials under seal,

1

Appellants seek leave to file the unredacted response under seal to avoid public disclosure of material Appellees designated confidential.

Appellants have narrowly tailored the requested sealing. The public redacted version removes only those portions of the response that disclose or closely paraphrase the sealed settlement terms.

Good cause supports sealing the limited unredacted material. The Eleventh Circuit recognizes a common-law right of access to judicial records, but that right may be overcome by a showing of good cause after balancing the public interest in access against a party's interest in confidentiality. *See Romero v. Drummond Co.*, 480 F.3d 1234, 1245–46 (11th Cir. 2007); *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311–15 (11th Cir. 2001). The limited sealing requested here satisfies that standard because the redacted material concerns the terms of a private settlement agreement that Appellees themselves filed under seal and placed at issue.

The requested sealing is not intended to shield the parties' arguments from public scrutiny. Appellants ask only that the unredacted version remain under seal while the public docket contains a redacted

version sufficient to show the basis for Appellants' opposition to summary affirmance.

For these reasons, Appellants respectfully request that the Court permit Appellants to file under seal the unredacted Response in Opposition to Appellees' Motion for Summary Affirmance, and accept for public filing Appellants' redacted version of the same response.

Respectfully submitted,

DATED June 28, 2026

*/s/ Matthew Larosiere*
Matthew Larosiere, Esq.
6964 Houlton Circle
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: 561-452-7575
*Counsel for Appellants*

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay
Zermay Law, P.A.
3000 Coral Way, Ste 1115
Miami, FL 33145
Email: Zach@ZermayLaw.com
Telephone: (305) 767-3529
*Counsel for Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d) because it contains fewer than 5,200 words, excluding the portions exempted by Federal Rule of Appellate Procedure 32(f). This motion complies with the typeface and typestyle requirements of Federal Rule of Appellate Procedure 32 because it was prepared in a proportionally spaced 14-point typeface.

*/s/ Matthew Larosiere*
Matthew Larosiere, Esq.
6964 Houlton Circle
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: 561-452-7575
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent by CM/ECF on June 28, 2026, and notice of this filing was electronically served on all parties there registered for service.

/s/ Matthew Larosiere
Matthew Larosiere, Esq.
6964 Houlton Circle
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: 561-452-7575
Counsel for Appellants
