In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 26-11420

---

MATTHEW LAROSIERE,

*Plaintiff-Counter Defendant*
*Third Party Defendant-Appellee,*

*versus*

CODY RUTLEDGE WILSON,
DEFCAD, INC.
DEFENSE DISTRIBUTED,
DIOSKOUROI LLC,

*Defendants-Counter Claimants*
*Third Party Plaintiffs-Appellees,*

DAVID SCOTT GINGRAS,
FEDERICO ANDINO REYNAL,
CHARLES FLORES,

*Respondents-Appellees,*

THE GATALOG, et al.,

*Counter Defendants-Third Party Defendants,*

JOHN ELIK,

ALEXANDER HOLLADAY,
JOSH KIEL STROKE,
JOHN LETTMAN,
MAF CORP.,

*Counter Defendants-Third Party Defendants-Appellants.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:24-cv-01629-AGM-LHP

---

Before BRANCH, ABUDU, and KIDD, Circuit Judges.

BY THE COURT:

The appellees' motion for summary affirmance is DENIED. The appellees' motions to seal are GRANTED. The appellants' motion to seal is GRANTED. Appellees have 30 days from the date of this order to file their response brief.