**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

**Defense Distributed, et al.,**

**Plaintiffs-Appellees,**

**v.**

**No. 26-11420-DD**

**John Elik, Alexander Holladay, Josh Stroke, John Lettman, and MAF Corp.,**

**Defendants-Appellants.**

---

**APPEAL OF A CIVIL CASE FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA DISTRICT COURT CASE NO. 6:24-CV-01629-AGM-LHP**

---

# APPELLANTS' MOTION TO FILE UNDER SEAL UNREDACTED REPLY BRIEF

---

Zachary Z. Zermay
3000 Coral Way, Ste 1115
Miami, FL 33145
Email: Zach@ZermayLaw.com
Telephone: (305) 767-3529

Matthew Larosiere, Esq.
6964 Houlton Circle
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: 561-452-7575

*Counsel for Appellants*

# MOTION FOR LEAVE TO FILE UNDER SEAL

Appellants John Elik, Alexander Holladay, Josh Kiel Stroke, John Lettman, and MAF Corp. move under Eleventh Circuit Rule 25-3(h) for leave to file the unredacted version of their reply brief under seal, with a redacted version available on the public docket.

Appellees' answer brief relies on a confidential settlement agreement with a non-Appellant to argue that Appellants' rights were released. Appellants must address the agreement's language to respond to that argument. The reply therefore quotes and discusses limited portions of the agreement previously submitted under seal.

This Court has already granted Appellees' and Appellants' motions to seal filings concerning the same settlement material during briefing on Appellees' motion for summary affirmance. CA11 Doc. 23 at 2. Appellants request corresponding protection for the portions of their reply that disclose that material.

The proposed redactions are confined to passages revealing specific contractual terms and their application. The public version preserves the remaining argument, including the governing legal authorities, relevant public procedural history, and Appellants' position that their

independent rights were not extinguished by another person's settlement.

This limited protection preserves the confidentiality previously recognized by the Court while allowing public access to the remainder of the reply. Public disclosure of the protected passages would reveal the same contractual material for which the Court previously granted sealing.

Appellants respectfully request that the Court grant leave to file the unredacted reply brief under seal and maintain the redacted version on the public docket.

Respectfully submitted,

DATED October 12, 2026

*/s/ Matthew Larosiere*
Matthew Larosiere, Esq.
6964 Houlton Circle
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: 561-452-7575
*Counsel for Appellants*

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay
Zermay Law, P.A.
3000 Coral Way, Ste 1115
Miami, FL 33040
Email: Zach@ZermayLaw.com
Telephone: (305) 767-3529
*Counsel for Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d) because it contains fewer than 5,200 words, excluding the portions exempted by Federal Rule of Appellate Procedure 32(f). This motion complies with the typeface and typestyle requirements of Federal Rule of Appellate Procedure 32 because it was prepared in a proportionally spaced 14-point typeface.

*/s/ Matthew Larosiere*
Matthew Larosiere, Esq.
6964 Houlton Circle
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: 561-452-7575
*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent by CM/ECF on October 12, 2026, and notice of this filing was electronically served on all parties there registered for service.

*/s/ Matthew Larosiere*
Matthew Larosiere, Esq.
6964 Houlton Circle
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: 561-452-7575
*Counsel for Appellants*